IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE, § § § | | |
| Plaintiff, § § | | |
| v. § § | No. 3:24-cv-2083-K-BT | |
| EBONY BROWN; TIFFANY ALPHONSE; LIBERTY TAXES, LLC; and LIBERTY CONSULTANTS, LLC, § § § § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Rebecca Rutherford made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Application for Attorneys' Fees and Costs (ECF No. 45) is GRANTED IN PART, and counsel should be awarded attorney's fees and costs in the amount of $57,544.87 plus post-judgment interest.

SO ORDERED.

Signed January 6th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE