IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-cv-2083-K-BT |
| | § | |
| EBONY BROWN; TIFFANY ALPHONSE; LIBERTY TAXES, LLC; and LIBERTY CONSULTANTS, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Rebecca Rutherford made findings, conclusions, and a recommendation (Doc. No. 51) addressing Plaintiff JTH Tax LLC d/b/a Liberty Tax Service's Motion for Contempt Against Defendants Liberty Taxes, LLC, Liberty Consultants, LLC, and Tiffany Alphonse (Doc. No. 50). No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error and found none. Accordingly, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and **ADOPTS** the Magistrate Judge's certified facts as the findings of this Court. *See Denton v. Suter*, 2016 WL 6581288, at *2 (N.D. Tex. Mar. 10, 2016)(Godbey, J.) ("[T]he magistrate's certificate of facts can be considered the statement of the *prima facie* case" of civil contempt.).

The Court will enter a separate order requiring Defendants Liberty Taxes, LLC, Liberty Consultants, LLC, and Tiffany Alphonse to appear and show cause why they should not be held in civil contempt.

**SO ORDERED.**

Signed September 8th, 2026.

ED KINKEADE
UNITED STATES DISTRICT JUDGE